UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 24, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 06-0145-GGH |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROSE PAULINE MAHER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROSE PAULINE MAHER , Case No.  MAG. 06-0145-GGH , Charge  21USC 21 841;846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of $_____

      __   Unsecured Appearance Bond

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond with Surety

      __   Corporate Surety Bail Bond

   ✔   (Other)      Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 24, 2006  at  2:00 pm .

By   /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court