```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROSE MAHER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> ROSE MAHER,   ) <br> ) <br> Defendant.   ) <br> ) <br> _____ ) | No. 2:06-MJ-0144 GGH <br> No. 2:06-MJ-0145 GGH <br><br> **STIPULATION AND ORDER EXONERATING BOND AND DIRECTING RECONVEYANCE** <br><br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Rose Maher, that the $50,000 property bonds posted to secure pretrial release of Rose Maher (2:06-MJ-0145 GGH) and Richard Wilson (2:06-MJ-0145 GGH) may be ordered exonerated and the Clerk of the Court be directed to reconvey the real property securing the bonds to the sureties, Nicholas and Geraldine A. Maher.

On May 24, 2006, the Court ordered Ms. Maher and Mr. Wilson released on separate $50,000 property bonds to answer marijuana cultivation charges in the District of Oregon. The Clerk docketed the appearance

1  bonds on June 12, 2006, and a deeds of trust on June 23 (Mr. Wilson) June
2  28, 2006 (Ms. Maher).  Last week, the sureties asked undersigned counsel
3  for assistance in reconveying the property.
4      Counsel reviewed the docket in Oregon cases 2:05-CR-60105 (Ms.
5  Maher) and 2:05-CR-60106 (Mr. Wilson) and confirmed that defendants
6  appeared as ordered.  On June 12, 2007, District Judge Michael R. Hogan
7  sentenced Ms. Maher to time served and she is presently on supervised
8  release in this district.  On June 25, 2007, Judge Hogan sentenced Mr.
9  Wilson to a year and a day in prison.  The sentence was executed on
10 September 1, 2007.  The Bureau of Prisons inmate locator confirms that
11 Mr. Wilson completed his sentence on July 14, 2008.
12     The conditions of both bonds having been satisfied, the parties
13 agree that the bonds may be exonerated and the property reconveyed in
14 both cases.

15                                   Respectfully submitted,
16                                   DANIEL J. BRODERICK
                                  Federal Defender
17
18 Dated: October 18, 2010        /s/ T. Zindel
                                  TIMOTHY ZINDEL
19                                 Assistant Federal Defender
                                Attorney for ROSE MAHER
20
21                                 BENJAMIN B. WAGNER
                                United States Attorney
22
23 Dated: October 18, 2010        /s/ H. Coppola
                                  HEIKO COPPOLA
24                                 Assistant U.S. Attorney
25 /////
26 /////
27 /////
28 /////

Stip. & Order re bond              -2-

**O R D E R**

The appearance bonds posted in 2:06-MJ-0144 and 2:06-MJ-0145 are hereby exonerated. The Clerk is directed to reconvey the property forthwith.

IT IS SO ORDERED.

DATED: October 18, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:Crim
06mj0144&0145

Stip. & Order re bond                -3-